UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**RECEIVED**

2016 SEP 28 A 2: 34

US MARSHALS SERVICE
BILLINGS, MT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLTON VICTOR CAMPBELL,
Defendant.

CR-16-93-BLG-SPW-01

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest CHARLTON VICTOR CAMPBELL and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy To Manufacture And Distribute Marijuana in violation of Title 21 United States Code, Section 846, Possession With Intent To Distribute Marijuana in violation of Title 21 United States Code, Section 841(a)(1), and a Forfeiture Allegation in violation of Title 21 United States Code, Section 853.

Assigned to: AUSA Brendan McCarthy

E. Hamnes
E.Hamnes, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE CAROLYN S. OSTBY
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 27th day of September, 2016

| *RETURN* ||
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** ||
| **DATE OF ARREST:** 9-28-16 | *Darrell Bell* |
| **LOCATION:** Bozeman, MT | **UNITED STATES MARSHAL** |
| **BY:** SA Bryan Fitzgerald   Deputy U.S. Marshal ||