BRENDAN McCARTHY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 2nd Avenue North, Ste. 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657-6989
E-Mail:   Brendan.McCarthy@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLTON VICTOR CAMPBELL and MICHAEL JAMES MASON,<br><br>Defendants. | CR 16-93-BLG-SPW<br><br>MOTION TO MOVE CASE TO THE BUTTE DIVISION |
|---|---|

The United States of America, represented by Brendan McCarthy, Assistant United States Attorney for the District of Montana, moves the Court to move this case to the Butte Division. This case involves an investigation into the Montana

1

Buds dispensary in Bozeman, Montana, which is located in Gallatin County. Gallatin County is part of the Butte Division. As such, in accordance with District of Montana Local Rule 18.1, the correct division for this case is the Butte Division.

Herman A. Watson, III, counsel for Charlton Victor Campbell, and Ashley A. Harada, counsel for Michael James Mason, have both been contacted and do not oppose this motion.

Wherefore, the United States respectfully requests the Court grant its motion to transfer this case from the Billings Division to the Butte Division.

DATED this 18th day of October, 2016.

MICHAEL W. COTTER
United States Attorney


*s/ Brendan McCarthy*
BRENDAN McCARTHY
Assistant U. S. Attorney